IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTECA STRANGE, | ) | |
| | ) | 2: 14-cv-01512 |
| Plaintiff, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge David Stewart Cercone |
| | ) | |
| SUPERINTENDENT ROBERT GILMORE, | ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case was commenced on November 5, 2014, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On November 18, 2014, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 2) recommending that the case be transferred to the United States District Court for the Southern District of Ohio where venue is proper because all of the claims raised in the complaint involve events that took place at the Lebanaon Correctional Institution, which is located within the territorial limits of the United States District Court for the Southern District of Ohio. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until December 5, 2014, to file written objections to the Report and Recommendation. Plaintiff has not filed any objections nor has he sought an extension of time in which to do so.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of January, 2015:

IT IS HEREBY ORDERED that this case is TRANSFERRED forthwith to the United States District Court for the Southern District of Ohio.

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 2) dated November 18, 2014, is ADOPTED as the Opinion of the Court;

IT IS FURTHER ORDERED that the Motion for Leave to Proceed in forma pauperis (ECF No. 1) is deferred to the transferee court; and

AND IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
David Stewart Cercone
United States District Judge

cc: Monteca Strange
HW9945
175 Progress Dr.
Waynesburg, PA 15370
(via First Class Mail)